# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

JADAIR INTERNATIONAL, INC.,

                Plaintiff,

v.

AMERICAN NATIONAL PROPERTY AND CASUALTY COMPANY,

                Defendant.

Case No. 21-CV-1103-JPS

**JUDGMENT**

**Decision by Court**. This action came on for consideration before the Court and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that Defendant American National Property and Casualty Company's motion for summary judgment, ECF No. 17, be and the same is hereby **GRANTED**;

    **IT IS FURTHER ORDERED AND ADJUDGED** that Defendant American National Property and Casualty Company's motion for declaratory judgment, ECF No. 17, be and the same is hereby **GRANTED** and declaratory judgment will be **ENTERED** as follows:

> There is no coverage for the collision that occurred on May 15, 2020 under the Aircraft Insurance Policy, Policy No. AC-01496-03, between Jadair International, Inc. and American National Property and Casualty Company, and/or such coverage is excluded by the terms, conditions, definitions, limits, and exclusions of the Aircraft Insurance Policy, Policy No. AC-01496-03, between Jadair International, Inc. and American National Property and Casualty Company.

**IT IS FURTHER ORDERED AND ADJUDGED** that Plaintiff Jadair International, Inc.'s motion for summary judgment and declaratory judgment, ECF No. 22, be and the same is hereby **DENIED**; and

**IT IS FURTHER ORDERED AND ADJUDGED** that this action be and the same is hereby **DISMISSED with prejudice**.

APPROVED:

J.P. Stadtmueller
U.S. District Judge

GINA M. COLLETTI
Clerk of Court
*s/ Jodi L. Malek*
By: Deputy Clerk

October 18, 2022
Date